UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 17-264 DWF/KMM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 922(g)(1) |
| v. ) | 18 U.S.C. § 924(a)(2) |
| ) | 18 U.S.C. § 924(d)(1) |
| (1) CHRISTOPHER MICHAEL JENNINGS ) | 21 U.S.C. § 841(a)(1) |
| a/k/a "CJ," ) | 21 U.S.C. § 841(b)(1)(A) |
| ) | 21 U.S.C. § 841(b)(1)(B) |
| (2) KAREEM KAREL MITCHELL, ) | 21 U.S.C. § 841(b)(1)(C) |
| a/k/a "Kareem Karel Ase," ) | 21 U.S.C. § 846 |
| ) | 28 U.S.C. § 2461(c) |
| (3) JAMES ARTHUR MALLETT, ) | |
| ) | |
| (4) NORVELL LARON DEAL, ) | |
| ) | |
| Defendants. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute a Controlled Substance)

1. Beginning in on or about 2016, and continuing through the present, in the State and District of Minnesota and elsewhere, the defendants,

**CHRISTOPHER MICHAEL JENNINGS,**
a/k/a "CJ,"
**KAREEM KAREL MITCHELL**
a/k/a "Kareem Karel Ase"
**JAMES ARTHUR MALLETT,** and
**NORVELL LARON DEAL,**

did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury distribute a controlled substance, to wit: a mixture or substance containing a detectable amount of heroin; a mixture or substance containing a detectable

SCANNED
OCT 18 2017
U.S. DISTRICT COURT MPLS

U.S. v. Christopher Jennings, et al.

amount of cocaine; and a mixture or substance containing a detectable amount of cocaine base; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Quantities of Controlled Substances Involved in the Conspiracy

2. With respect to defendant **CHRISTOPHER MICHAEL JENNINGS**, his conduct, which included the reasonably foreseeable conduct of other members of the conspiracy, involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a controlled substance; a mixture or substance containing a detectable amount of cocaine base, a controlled substance; and a mixture or substance containing a detectable amount of cocaine, a controlled substance; in violation of Title 21, United States Code, Section 841(b)(1)(A).

3. With respect to **KAREEM KAREL MITCHELL, JAMES ARTHUR MALLETT**, and **NORVELL LARON DEAL**, their conduct, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a controlled substance; a mixture or substance containing a detectable amount of cocaine base, a controlled substance; and a mixture or substance containing a detectable amount of cocaine, a controlled substance; in violation of Title 21, United States Code, Section 841(b)(1)(B).

<strong>COUNT 2</strong><br>(Possession with Intent to Distribute a Controlled Substance)

On or about June 21, 2017, in the State and District of Minnesota, the defendant,

**CHRISTOPHER MICHAEL JENNINGS**

U.S. v. Christopher Jennings, et al.

a/k/a "CJ,"

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
(Possession of a Firearm by a Prohibited Person)

On or about June 21, 2017, in the State and District of Minnesota, the defendant,

**CHRISTOPHER MICHAEL JENNINGS**
a/k/a "CJ,"

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Second Degree Possession of a Controlled Substance | Hennepin County, MN | March 28, 2008 |
| Second Degree Possession of a Controlled Substance | Hennepin County, MN | May 14, 2012 |

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Springfield XD-40 .40 caliber semi-automatic firearm, serial number GM144153, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Distribution of a Controlled Substance)

On or about August 15, 2017, in the State and District of Minnesota, the defendant,

**CHRISTOPHER MICHAEL JENNINGS,**
a/k/a "CJ,"

3

U.S. v. Christopher Jennings, et al.

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 5
(Distribution of a Controlled Substance)

On or about September 12, 2017, in the State and District of Minnesota, the defendants,

**CHRISTOPHER MICHAEL JENNINGS,**
a/k/a "CJ,"
**JAMES ARTHUR MALLETT,** and
**NORVELL LARON DEAL,**

each aiding and abetting the other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT 6
(Distribution of a Controlled Substance)

On or about September 13, 2017, in the State and District of Minnesota, the defendants,

**JAMES ARTHUR MALLETT,** and
**NORVELL LARON DEAL,**

each aiding and abetting the other, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United

U.S. v. Christopher Jennings, et al.

States Code, Section 2.

## COUNT 7
(Distribution of a Controlled Substance)

On or about September 21, 2017, in the State and District of Minnesota, the defendant,

**KAREEM KAREL MITCHELL,**
a/k/a "Kareem Karel Ase,"

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8
(Possession with Intent to Distribute a Controlled Substance)

On or about September 22, 2017, in the State and District of Minnesota, the defendants,

**KAREEM KAREL MITCHELL,**
a/k/a "Kareem Karel Ase,"
**JAMES ARTHUR MALLETT,** and
**NORVELL LARON DEAL,**

each aiding and abetting the others, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of heroin, a controlled substance; a mixture or substance containing a detectable amount of cocaine base, a controlled substance; and a mixture or substance containing a detectable amount of cocaine, a controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18 United States Code, Section 2.

U.S. v. Christopher Jennings, et al.

## COUNT 9
(Possession of a Firearm by a Prohibited Person)

On or about September 22, 2017, in the State and District of Minnesota, the defendant,

**NORVELL LARON DEAL,**

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Assault | De Kalb, County, IL | May 22, 2013 |

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a PW Arms 9mm firearm, serial number BAM02118, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 10
(Possession of a Firearm by a Prohibited Person)

On or about September 22, 2017, in the State and District of Minnesota, the defendant,

**KAREEM KAREL MITCHELL,**
a/k/a "Kareem Karel Ase,"

having been previously convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| 5th Degree Drug Possession | Ramsey County, MN | May 1, 2003 |

U.S. v. Christopher Jennings, et al.

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| 3rd Degree Drug Possession | Ramsey County, MN | September 11, 2003 |
| 2nd Degree Drug Possession | Ramsey County, MN | May 2, 2006 |
| 2nd Degree Drug Sale | Ramsey County, MN | May 2, 2006 |
| Refusal to Submit to Chemical Test | Ramsey County, MN | May 2, 2006 |
| Driving While Impaired | Washington County, MN | October 10, 2006 |
| 3rd Degree Drug Possession | Ramsey County, MN | April 16, 2009 |
| Driving While Impaired | Dakota County, MN | December 13, 2011 |

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a SKS 7.62 caliber rifle, serial number 43478, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Counts 1 through 10 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 21, United States Code, Section 853(a), in conjunction with Title 28, United States Code, Section 2461(c).

If convicted of Counts 1-2, or 4-8 of this Indictment, the defendants,

**CHRISTOPHER MICHAEL JENNINGS,**
a/k/a "CJ,"
**KAREEM KAREL MITCHELL**
a/k/a "Kareem Karel Ase"
**JAMES MALLETT, and**
**NORVELL LARON DEAL,**

U.S. v. Christopher Jennings, et al.

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendants obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

If convicted of Counts 3, 9, or 10 of this Indictment, the defendants,

**CHRISTOPHER MICHAEL JENNINGS**
a/k/a "CJ,"
**KAREEM KAREL MITCHELL**
a/k/a "Kareem Karel Ase," and
**NORVELL LARON DEAL,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) in conjunction with Title 28, United States Code, Section 2461(c), any firearm with accessories or any ammunition involved in or used in any knowing violation of Sections 922(g)(1) or 922(a)(6), including, but not limited to a Springfield XD-40 .40 caliber semi-automatic firearm, serial number GM144153; a PW Arms 9mm firearm, serial number BAM02118; and a SKS 7.62 caliber rifle, serial number 43478, and ammunition seized therewith.

All in violation of Title 18, United States Code, Sections 922(g)(1), 922(a)(6), 924(a)(2), in conjunction with Title 28, United States Code, Section 2461(c), and Title 21,

U.S. v. Christopher Jennings, et al.

United States Code, Section 853.

## A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY        FOREPERSON